IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,

   Plaintiff,

   v.

ATLANTIC RICHFIELD COMPANY, and DOES 1-10, inclusive,

   Defendants.

                                                         /

No. C 03-05908 JSW

**ORDER VACATING HEARING DATE**

Defendant's motion to dismiss is currently set for hearing on Friday, April 29, 2005 at 9:00 a.m.  This matter is now fully briefed and ripe for decision.  The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b).  Accordingly, the hearing set for April 29, 2005 is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 28, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE