Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
P.O. Box 5469
Santa Rosa, California 95402-5469
Tel. (707) 528-8175
Fax. (707) 542-7139
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br>v.<br><br>ATLANTIC RICHFIELD COMPANY and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. C03 5908 JSW<br><br>STIPULATION TO REMOVE SITES FROM FURTHER PROCEEDINGS; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED and agreed to by and between the parties to this action, that Plaintiff will not pursue any relief whatsoever with regard to two of the sites identified in Plaintiff's Second Amended Complaint, Exhibit A, at Page 2 and 5 respectively as follows:

1. **ARCO Station #389**
   56 South Weed Boulevard, Weed, California

4. **ARCO Station #4931**
   731 W. MacArthur Boulevard, Oakland, California

IT IS HEREBY FURTHER STIPULATED and agreed to by and between the parties to this action that said sites identified above are to be considered removed from these proceedings for all purposes. The parties respectfully request an order from this Court to that effect.

C03 5908 JSW
Stipulation To Remove Sites From Further Proceedings;
[Proposed] Order

1

DATED: June 1, 2005  DLA PIPER RUDNICK GRAY CARY

By: /s/
    _____
    GEORGE GIGOUNAS, Esq.
    Attorneys for Defendant
    ATLANTIC RICHFIELD COMPANY

In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing of this Stipulation has been obtained from the other signatory to this document.

DATED: June 1, 2005

By: /s/
    _____
    JACK SILVER, Esq.
    Attorney for Plaintiff
    NORTHERN CALIFORNIA RIVER WATCH

# ORDER

PURSUANT TO STIPULATION AND AGREEMENT BY THE PARTIES, IT IS SO ORDERED.

DATED: June 2, 2005    /s/ Jeffrey S. White
                       _____
                       HONORABLE JEFFREY S. WHITE
                       JUDGE OF THE DISTRICT COURT
                       FOR THE NORTHERN DISTRICT
                       OF CALIFORNIA

C03 5908 JSW
Stipulation To Remove Sites From Further Proceedings;
[Proposed] Order