DLA PIPER RUDNICK GRAY CARY US LLP
JEFFREY M. HAMERLING (SBN: 91532)
MATTHEW S. COVINGTON (SBN: 154429)
GEORGE J. GIGOUNAS (SBN: 209334)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Telephone: (415) 836-2500
Facsimile: (415) 659-7300

Attorneys for Defendant
ATLANTIC RICHFIELD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. C03-5908 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES** |

WHEREAS, on June 28, 2005, the parties in the above-captioned case participated in a court-ordered private mediation, at which the parties settled their disputes and signed a settlement memorandum.

WHEREAS, the parties are working on drafting and executing a mutually acceptable settlement agreement. In order to efficiently dedicate their efforts and resources, and to avoid the expenditure of time and effort on discovery, the parties desire reasonable continuances of current litigation deadlines.

**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT DATES**

1     WHEREAS, the case management schedule in the above-captioned case currently
2 includes the following upcoming deadlines:

3     a. Conclusion of pretrial discovery: July 29, 2005
4     b. Expert disclosures, reports, etc. under FRCP 26(a)(2): August 15, 2005
5     c. Rebuttal expert disclosures: September 15, 2005
6     d. Summary judgment or dispositive motions filed by: September 30, 2005
7     e. Last day to hear dispositive motions (set by Court order,
8        not Civil Local Rule 7-2, 7-3 and/or 56-1): October 14, 2005
9     f. Case management conference: December 2, 2005
10     g. Pretrial conference date: January 9, 2006
11     h. Trial date: January 30, 2006

12     THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to the
13 following continued dates to facilitate execution of their settlement in principle, and request an order
14 of this Court adopting the following pre-trial and trial schedule:

15     a. Conclusion of pretrial discovery: September 27, 2005
16     b. Expert disclosures, reports, etc. under FRCP 26(a)(2): October 14, 2005
17     c. Rebuttal expert disclosures: October 31, 2005
18     d. Summary judgment or dispositive motions filed by: November 14, 2005
19     e. Last day to hear dispositive motions: December 2, 2005
20     f. Case management conference: December 2, 2005
21     g. Pretrial conference date: January 9, 2006
22     h. Trial date: January 30, 2006

23

24 DATED: July 6, 2005     NORTHERN CALIFORNIA ENVIRONMENTAL
25     DEFENSE CENTER

26
27     By: /s/ Jack Silver
    Jack Silver, Esq.
    Attorneys for Plaintiff NORTHERN
28     CALIFORNIA RIVER WATCH

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT DATES
~SANF1:317126.v1

In addition to stipulating to the above, I, Matthew S. Covington, attest that concurrence in the filing of this Stipulation to Extend Time has been obtained from the other signatory to this document.

DATED: July 6, 2005                    DLA PIPER RUDNICK GRAY CARY US LLP


By: /s/ Matthew Covington
Matthew S. Covington
Attorneys for Defendant ATLANTIC
RICHFIELD COMPANY

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED that the following shall be the effective pre-trial and trial dates in this case:

a. Conclusion of pretrial discovery:                September 27, 2005
b. Expert disclosures, reports, etc. under FRCP 26(a)(2): October 14, 2005
c. Rebuttal expert disclosures:                     October 31, 2005
d. Summary judgment or dispositive motions filed by: November 11, 2005
e. Last day to hear dispositive motions:            December 16, 2005
f. Case management conference:                      December 16, 2005
g. Pretrial conference date:                        February 6, 2006
h. Trial date:                                      February 27, 2006

DATED: July 8, 2005          By: /s/ Jeffrey S. White

Honorable Jeffrey S. White
JUDGE OF THE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT DATES
~SANF1:317126.v1